**UNITED STATES DISTRICT COURT**

**for the**

**SOUTHERN DISTRICT OF GEORGIA, WAYCROSS DIVISION**

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2025 APR 16 A 11: 00
CLERK [signature]
SO. DIST. OF GA.

| | | |
|---|---|---|
| **Aaron G. McClain,** | **)** | **Case No.:** 5:25CV37 |
| **Plaintiff,** | **)** | |
| | **)** | |
| **v.** | **)** | |
| | **)** | |
| **Roy Odum, Warden, Ware State Prison;** | **)** | |
| **John Doe, Healthcare Provider;** | **)** | |
| **John Does, Prison Guards** | **)** | |
| **Defendants.** | **)** | |

**COMPLAINT FOR DAMAGES AND VIOLATION OF CIVIL AND CONSTITUTIONAL RIGHTS**

**COMES NOW** Mr. Aaron G. McClain, the above-named Plaintiff, to file this his **COMPLAINT FOR VIOLATION OF CIVIL AND CONSTITUTIONAL RIGHTS,** in the time and manner provided for by law, and respectfully shows this Honorable Court as follows:

1.

**PARTIES TO THIS COMPLAINT**

| | | |
|---|---|---|
| Plaintiff: | Name: | Aaron G. McClain |
| | Date of Birth: | 07/15/1968 |
| | ID Number: | 1001489799 |
| | Status: | Convicted and Sentenced State Prisoner |
| | Institution: | Telfair State Prison |
| | Physical Address: | 210 Long Bridge Rd; McRae-Helena, Ga 31037 |
| | Mailing Address: | P. O. Box 721; Lithonia, GA 30058 |
| Defendant 1 | Name: | Roy Odum |
| | Job Title: | Warden, Ware State Prison |
| | Employer: | Ware State Prison; Georgia Department of Corrections |
| | Address: | 3620 Harris Road |

Waycross, GA 31503

| | | |
|---|---|---|
| Defendant 2 | Name: | John Doe 1 |
| | Job Title: | Healthcare Provider, Ware State Prison, |
| | Employer: | Ware State Prison, Georgia Department of Corrections |
| | Address: | 3620 Harris Road<br>Waycross, GA 31503 |

| | | |
|---|---|---|
| Defendants 3, 4, 5, etc. | Name: | John Does 3, 4, 5, etc. |
| | Job Title: | Prison Guards, Ware State Prison |
| | Employer: | Ware State Prison, Georgia Department of Corrections |
| | Address: | 3620 Harris Road<br>Waycross, GA 31503 |

2.

**JURISDICTION and VENUE**

Plaintiff seeks redress pursuant to 42 U.S.C. § 1983, for deprivation of rights secured by the Constitution of the United States of America. Plaintiff additionally seeks redress pursuant to the Eight Amendment of the Constitution of the United States which applies to the States through the Due Process Clause of the Fourteenth Amendment of the Constitution of the United States of America regarding Cruel and Unusual Punishment. The Defendants were all acting under Color of State Law in their capacities as Warden, Healthcare Provider, and Prison Guards. This Honorable Court has Jurisdiction pursuant to 28 U.S.C. § 1331 and 1343 (a) (3). Venue is proper here at the Middle District of Georgia under 28 U.S.C. 1391 (b) (2) because it is where all of the events giving rise to the claim occurred. Plaintiff hereby seeks declaratory relief under 28 U.S.C. §2201 and 2202. Further, Plaintiff claims injunctive relief pursuant to and authorized by 28 U.S.C. § 2283, 2284, and Rule 65 of the Federal Rules of Civil Procedure.

3.

## EXHAUSTION OF GRIEVANCE PROCEDURES

The Plaintiff has followed and has exhausted all of the required Grievance Procedures as prescribed under the circumstances. See, Plaintiff's Exhibit A.

4.

## FACTUAL BASIS FOR CLAIM

At all times relevant, the Plaintiff was a Convicted and Sentenced Georgia State Prisoner. The Plaintiff was admitted into the Georgia State Prison System on or about February 19, 2015. The Plaintiff remains in the custody of the Georgia Department of Corrections. He is currently confined at the Telfair State Prison in Telfair, Georgia, where he was transferred on or about December 5, 2023. During the course of the years 2022, 2023 and while still at the Ware State Prison, the Plaintiff began to experience all of the relevant symptoms of Prostate Disorder and Cancer including: Frequent urination, especially at night; Difficulty starting or stopping urination; Weak or interrupted urine flow; Excruciating Pain or burning during urination; Bleeding, Passing of Blood especially during urination; Excruciating Back, Hip and Pelvic Pain, etc. After several complaints by the Plaintiff and incidents during which the Plaintiff was found on multiple occasions in the fetal position on the floor literally crying and in extreme agony from the excruciating pain, the Plaintiff was eventually ambulated for emergency medical examination and treatment. Following the initial emergency examinations, it was determined that the Plaintiff had an enlarged Prostate non nodular. Additionally, it was determined that the Plaintiff had Prostate Specific Antigen ("PSA") levels of 7.7. It is worth noting that

generally for a man in his fifties, a PSA level below 2.5 is considered normal. Consequently and on or about April 18, 2023, the attending Urologist ordered that a Biopsy be conducted on the Plaintiff, ASAP, in light of the levels of elevated PSA of 7.7. Despite the Urologist's emergent ASAP order for the Biopsy as well as the clearly visible and excruciating pains and agony experienced by the Plaintiff, the Plaintiff was never taken for the prescribed examination by the Defendants for nearly 200 days. After said period, the Plaintiff was finally taken to the Augusta University Medical Center on or about November 1, 2023, 197 days later. As indicated, for a man in his fifties, a PSA level below 2.5 is considered normal. By November however, the Plaintiff's PSA had elevated even higher from 7.7 to 9.6. The Plaintiff was forcibly and unconstitutionally subjected to said condition for approximately Four Thousand Seven Hundred and Twenty Eight (4,728) hours of said treatment or the lack thereof. Finally and upon conducting the Biopsy and examinations, it was determined that the Plaintiff had severe Prostate Cancer. Prostate Cancer is classified into 4 Stages, with Stage 4 being the most severe, based on the size of the Tumor and whether it is Localized, Regionalized, Locally Advanced, or has Metastasized or spread outside of the Prostate area and on to other organs or body parts. The Defendants violated the Plaintiff's right to adequate medical care as well as against Cruel and Unusual Punishment. Even after seeing the Plaintiff on multiple occasions in the fetal position on the floor literally crying and in extreme agony from the excruciating pain, even after a Urologist's confirming examination and an emergent ASAP order for medical treatment, the Defendants deprived the Plaintiff of his rights and subjected him to cruel and unusual punishment. For nearly 200 days, the Plaintiff suffered at the hands and in the care of

the Defendants. The Defendants deprived the Plaintiff of his right to medical care and security. The Defendants' actions were wanton, deliberate, and subjected the Plaintiff to very dangerous and excruciating conditions nearly costing the Plaintiff his life.

5.

**INJURIES**
**Count One – Deprivation Under Section 1983**

The deprivation of rights and the actions of the above-named Defendants, who were all acting under Color of Law, are the proximate cause of the excruciating pains, injuries, and damages sustained by the Plaintiff. For nearly 200 days, or approximately Four Thousand Seven Hundred and Twenty Eight (4,728) hours, the Defendants knew of the very important need for the Plaintiff to receive the prescribed medical care or not be deprived of said prescribed medical care. The Defendants were aware that the Plaintiff was found on multiple occasions in the fetal position literally crying and in extreme agony on the floor from excruciating pain, and yet they intentionally deprived the Plaintiff of the essential and adequate medical care. The Defendants knew that the Plaintiff was bleeding profusely, especially during failed urination attempts. The Plaintiff had complained on multiple occasions, in tears and agony, to virtually of all of the available Prison Guards. Additionally, the Plaintiff had written letters to virtually everyone in positions of authority at the Prison Facility including the Warden, Mr. Odum, literally begging and pleading for assistance or care to prevent his death, all to no avail. See, Plaintiff's Exhibit B. The Defendants had previously been forced to ambulate the Plaintiff for emergency treatment pursuant to the same conditions, so they knew of the Plaintiff's very serious and dangerous condition. Additionally, the Urologist had specifically ordered the

Defendants to insure ASAP that the Plaintiff received essential further medical examination/treatment.

6.

**INJURIES**

**Count Two – 8th & 14th Amendment – Cruel & Unusual Punishment**

The Cruel and Unusual Punishment meted upon the Plaintiff by the Defendants are the proximate cause of the excruciating pains, injuries, and damages sustained by the Plaintiff. For nearly 200 days or approximately Four Thousand Seven Hundred and Twenty Eight (4,728) hours, the Defendants knew of the very important need for the Plaintiff to receive the emergent prescribed medical care. The deliberate and indifferent confinement of the Plaintiff under said conditions amounted to Cruel and Unusual Punishment. The Defendants were clearly wanton in their treatment of the Plaintiff. They were deliberately indifferent to the emergent and required care or need of the Plaintiff. They subjected the Plaintiff to the very dangerous condition of bleeding profusely, especially urination, crying uncontrollable for nearly 200 days or approximately Four Thousand Seven Hundred and Twenty Eight (4,728) hours, being afflicted with severe Prostate Cancer, being deprived of much needed pain medications and other treatments, etc. The Defendants were aware that the Plaintiff was previously found on multiple occasions in the fetal position literally crying, in tears and agony, on the floor from excruciating pains and yet they remained deliberately indifferent to the essential and adequate medical care needy by the Plaintiff. The Defendants knew that the Plaintiff was bleeding profusely, especially during urination attempts. The Plaintiff had complained on multiple occasions, in tears and agony, sometimes while lying on the floor, to

virtually of all of the available Prison Guards. Additionally, the Plaintiff had written letters to virtually everyone in positions of authority at the Prison Facility including and especially to the Warden, Defendant Roy Odum, begging and pleading for assistance or care, all to no avail. The Defendants had previously been forced to ambulate the Plaintiff for emergency treatment pursuant to the same conditions, so they knew of the Plaintiff's very serious and dangerous condition. Additionally, the Urologist had specifically ordered the Defendants that it was an emergency that the Plaintiff received essential and ASAP further medical treatment, and yet the Defendants remained deliberately indifferent to the care and need of the Plaintiff.

7.

**RELIEF SOUGHT**

The Plaintiff is indeed entitled to relief as a result of the actions and inactions of the Defendant that amount to a clear deprivation of rights as well as Cruel and Unusual Punishment under the Constitution of the United States of America. The Plaintiff is entitled to and hereby claims declaratory relief under 28 U.S.C. §2201 and 2202. Further, Plaintiff is entitled to and hereby claims injunctive relief pursuant to 28 U.S.C. § 2283, 2284, and Rule 65 of the Federal Rules of Civil Procedure. Lastly, the Plaintiff is also entitled to compensatory damages and relief in an amount to be determined by the trial of fact at trial.

8.

**PRAYERS**

**WHEREFORE**, the Plaintiff respectfully prays that this Honorable Court enters judgment as follows:

1. **THAT** the Plaintiff be granted a declaration that the acts and omissions described herein violate the Plaintiff's Civil and Constitution Rights pursuant to 42 U.S.C. § 1983 as well as the Eight Amendment as it applies to the States through the Due Process Clause of the Fourteenth Amendment of the Constitution of the United States of America regarding Cruel and Unusual Punishment.

2. **THAT** the Plaintiff be granted a declaratory relief under 28 U.S.C. §2201 and 2202;

3. **THAT** the Plaintiff be granted injunctive relief pursuant to 28 U.S.C. § 2283, 2284, and Rule 65 of the Federal Rules of Civil Procedure;

4. **THAT** the Plaintiff be granted compensatory damages against each of the above-named Defendants, jointly and severally, in an amount to be determined by the trial of fact as provided for by law;

5. **THAT** the Plaintiff be granted nominal damages in an amount to be determined by the trial of fact as provided for by law;

6. **THAT** the Plaintiff be granted punitive damages in an amount to be determined by the trial of fact as provided for by law;

7. **THAT** the Plaintiff seeks a Jury Trial on all issues triable by Jury;

8. **THAT** the Plaintiff seeks recovery of all costs in this Suit; and,

9. **THAT** the Plaintiff be granted any additional relief this Honorable Court deems just, proper, and equitable under the law.

## VERIFICATION

I hereby certify to the best of my knowledge, information and belief:

(1) **THAT** this Complaint is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) **THAT** this Complaint is supported by existing law or by a non-frivolous arguments for extending, modifying, or reversing existing law;

(3) **THAT** this Complaint contains the factual contentions, have evidentiary support, or if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(4) **THAT** this Complaint otherwise complies with the requirements of Rule 11 of the Federal Rules of Civil Procedure.

Further, I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Respectfully submitted this 14th day of April, 2025.

*Aaron McClain*

Aaron McClain
ID # - 1001489799
State Prisoner
Telfair State Prison
210 Long Bridge Rd
McRae-Helena, Ga 31037

[illegible]
[illegible]
[illegible]

CONFIDENTIAL
Emergency
Offender GRIEVANCE FORM ([illegible])

INSTITUTIONAL USE [illegible]

OFFENDER NAME: Aaron G. McClain OFFENDER NUMBER: 1001489499
INSTITUTION: Ware SP GRIEVANCE NUMBER: 363981
DATE COMPLETED FORM RECEIVED FROM OFFENDER: 2 / 6 / 24 Johnson

DATE APPEAL RECEIVED ___/___/___ BY ________

YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES

DESCRIPTION OF INCIDENT: On April 18, 2023 I saw the urologist, and he then ordered me a "Biopsy". The Warden Mr. Roy Odum and the doctor, Mr. Ayemu, Bolaji at medical, ignored the doctor-The urologist order for eight months. The prison never send me for my "Biopsy" until after 8 months. While in this wait period, I was experiencing series of complications due to my prostate, but medical kept ignoring all my requests. I even ask the conselor's series of times for a grievance form but was never given to me because of reasons I don't know. Since I couldn't get any grievance form, I then wrote the warden for care or treatment, and the Warden Mr. Roy Odum about my health concern due to this serious eight months delay of Ware State Prison.

— please see attached —

RESOLUTION REQUESTED:

I Want to Know, Why my health was Compromised for eight months after the Urologist ordered my "Biopsy" on 4-18-2023 and was never done till November 1, 2023. This is the answer I need from Ware State Prison.

[signature] 2-6-24

Offender Signature Date

Is this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.

Con't'd

During this eight month period I was writing medical and telling them how I was experiencing pain in my groin, causing me to pee or urinate blood but medical totally ignored all my requests, realizing that I was in a serious medical condition; but was denied appropiate medical care.

The result of my "Biopsy" was never told me, until I was transferred at Telfair State Prison in December of 2023; that I had "Prostate Cancer", all because of the medical negligence I underwent for eight months, which today has placed me in a serious life changing conditions. I am now undergoing "Radiation" for "Prostate Cancer".

Therefore, I really need answers of why my health was compromised?

Thanks
AM

SOP 227.02
Attachment 11

WARDEN'S OFFICE
RECEIVED
DATE 2|13|2024
REC'VD BY MC

WARDEN'S/SUPERINTENDENT'S
REJECTED GRIEVANCE RESPONSE

Offender's Name: McClain, Aaron    Grievance Number: 343981
GDC#: 1001489799    Facility: Ware SP

This grievance revealed that you failed to follow the proper procedure for filing the formal grievance; therefore, this grievance is rejected for the following reason(s):

- ☐ Does not personally affect the offender.
- ☐ Matters over which the Department has no control, including parole decisions, sentences, probation revocations, court decisions, and any matters established by the laws of the state.
- ☐ Disciplinary actions, including any warnings, sanctions, fees, or assessments. The disciplinary appeal procedure is located in SOP 209.01, Offender Discipline.
- ☐ Involuntary assignments to Administrative Segregation. The procedure to appeal such assignment is located in SOP 209.06, Administrative Segregation.
- ☐ Co-pay charges assessed for health care. The procedure to appeal such charges is located in SOP 507.04.03, Offender Health Concerns or Complaints.
- ☐ Transfers of offenders between institutions.
- ☐ Housing assignments, program assignments, security classifications or work assignments, unless there is an alleged threat to the offender's health or safety. The procedure to appeal such assignments is located in SOP 220.03, Classification Committee.
- ☐ Special Religious Requests that request a special religious accommodation outside the accommodations allowed for by policy. The procedure to file a Special Religious Request is located in SOP 106.11, Religious Accommodations.
- ☐ Allegations of Sexual Abuse and/or Sexual Harassment shall be forwarded to the Sexual Abuse Response Team (SART) and processed in accordance with SOP 208.06, Prison Rape Elimination Act – PREA Sexually Abusive Behavior Prevention and Intervention Program.
- ☑ Grievance was filed out of time frames as outlined in policy.
- ☐ Grievance included threats, profanity, insults, or racial slurs that are not part of the offender's allegation.
- ☐ Grievance contained more than one issue/incident.
- ☐ Grievance contained extra pages other than those allotted and had writing on the backside of a page.
- ☐ Goal Devices including issuance, usage, access, loss or termination of privileges, repair or replacement of the tablets, etc.

[signature]
Warden's Signature

2-13-24
(Date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

* Appeal to Atlanta *

## RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

OFFENDER'S NAME: McClain, Aaron I.D.# 1001489799

I ACKNOWLEDGE RECEIPT OF GRIEVANCE APPEAL NUMBER 363981 FROM THE ABOVE OFFENDER.

DATE: 2 / 23 / 24 COUNSELOR'S SIGNATURE: [signature]

(Reproduced locally)

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

Grievance To Warden

RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

OFFENDER'S NAME McClain, Aaron GDC I.D. #: 1001489799

I ACKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE INMATE.

DATE: 2.6.24 COUNSELOR'S SIGNATURE Johnson

Form PI-2001

[illegible] McClain
# [illegible]
Ware State Prison
August [illegible] 2023

Dear Warden C/Treatment
My greetings to you from the Lord!
I write to find out why I never had my Biopsy done since the Urologist ordered it on the 18th of April 2023.
I also want to bring to your attention that my situation is getting very serious in that I'm presenting in severe groin pains and also urinating blood. I'm been asking and complaining to medical but nothing has been done.
Therefore due to the aforementioned I'm appealing to your honorable office to please send me for my prostate Biopsy.
God bless.

Kindly Submitted
[illegible]

Aaron McClain
# 1001489799
Ware State Prison
August 11, 2023

Dear Warden Roy Odum,

I greet you in the Lord name our Soon Coming King.

I write to have you inform in regards to the medical negligence I'm going through at this prison.

I saw the urologist on April 18, 2023 and due to my high PSA level he ordered me an immediate Biopsy which I'm not been send to do over the past five months, now since it was ordered from April 2023.

Due to this delay, I'm right now experiencing severe groin pain causing me to now urinate blood and my health is deteriorating. I whrote medical on severe occasions, but nothing has been done.

Therefore, please intervene in this endeavor, because I'm very ill.

God bless.

Respectfully yours,
[illegible signature]
Inmate

FedEx

ORIGIN ID:MULA (404) 379-7081
KPANA JOHNSON

1451 ROGERS LAKE RD

LITHONIA, GA 30058
UNITED STATES US

SHIP DATE: 15APR25
ACTWGT: 0.75 LB
CAD: 6571041/ROSA2630

TO ATTN: CLERK'S OFFICE

801 GLOUCESTER STREET

BRUNSWICK GA 31520

(404) 379-7081 REF:
INV:
PO: DEPT:

FedEx
Express

E

J252025040801 uv

TRK# 0201 8805 7373 5138

WED - 16 APR 10:30A
PRIORITY OVERNIGHT

XP BQKA

31520
GA-US JAX

Envelope

Recycle me.

4317 WED 04/16 08:57 531225
BQKA
801 GLOUCESTER ST
BRUNSWICK GA
31520-7072-95 G
PRIORITY OVERNIGHT
945-2094
ETP: 1 SP:PD 100:Y
1001899532260003152000880573735138

INSPECTED BY
APR 2025
U.S. Marshals Service/SGA

Pull to open.

FedEx®

**This envelope is only for FedEx Express® shipments.**

You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com/packaging** for packing tips.

Check your FedEx Express shipping document, the current FedEx Service Guide, or the conditions of carriage for complete terms, conditions, and limits of liability.

© 2023 FedEx 155475/155476 REV 11/23

PAP 21

Please recycle. See how we are connecting the world in responsible and resourceful ways at **fedex.com/sustainability**. Recycling options may vary by location.

Insert shipping document here.

Made from 100% recycled paperboard

Scan to learn how we can help make Earth a priority together.