# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| AARON G. MCCLAIN,<br><br>    Plaintiff,<br><br>    v.<br><br>ROY ODUM, et al.,<br><br>    Defendants. | 5:25-cv-37 |

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant as unopposed Defendant Spann's Motion to Dismiss. Dkt. No. 33. Plaintiff did not file Objections to the Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT as unopposed** Defendant Spann's Motion to Dismiss and **DISMISS** Plaintiff's claims against Defendant Spann. Dkt. No. 22. Plaintiff's cause of action otherwise remains pending. See Dkt. Nos. 24, 38.

**SO ORDERED**, this 15 day of December, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA